**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**JULIAN RUEDA
ADC #140164**                                                                               **PETITIONER**

**v.**                                         **Case No. 5:12-cv-00367 KGB-BD**

**RAY HOBBS, Director,
Arkansas Department of Correction**                                      **RESPONDENT**

<u>**ORDER**</u>

The Court has reviewed the Recommended Disposition received from Magistrate Judge Beth Deere. No objections have been filed. The findings and recommendations are adopted in their entirety as this Court's findings.  Accordingly, judgment shall be entered dismissing this petition with prejudice.

The Court will not issue a certificate of appealability because Petitioner has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2).

IT IS SO ORDERED THIS the 18th day of April, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE