IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JULIAN RUEDA
ADC #140164                                                                                      PETITIONER

v.                          Case No. 5:12-cv-00367 KGB-BD

RAY HOBBS, Director,
Arkansas Department of Correction                                                      RESPONDENT

## ORDER

The Court has reviewed the Recommended Disposition received from Magistrate Judge Beth Deere. No objections have been filed. The findings and recommendations are adopted in their entirety as this Court's findings. Accordingly, judgment shall be entered dismissing this petition with prejudice.

The Court will not issue a certificate of appealability because Petitioner has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2).

IT IS SO ORDERED THIS the 18th day of April, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE