IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JULIAN RUEDA
ADC #140164                                                                                                    PETITIONER

v.                             Case No. 5:12-cv-00367 KGB-BD

RAY HOBBS, Director,
Arkansas Department of Correction                                                             RESPONDENT

## JUDGMENT

In accordance with the Court's Order entered in this case on this date, it is considered, ordered, and adjudged that the petition is dismissed with prejudice.

SO ADJUDGED THIS the 18th day of April, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE